UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Allan W. Clark,

    Defendant.
_____/

Case: 4:23-cr-20359
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 06-21-2023
SEALED MATTER (tt)

**INDICTMENT**

FILED
JUN 21 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

THE GRAND JURY CHARGES:

### Count One
### Possession of Cocaine with Intent to Distribute
### 21 U.S.C. § 841(a)

1.    On or about June 4, 2023, in the Eastern District of Michigan, defendant, Allan Clark, knowingly and unlawfully possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a).

It is further alleged that the controlled substance involved was a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

2. The defendant, Allan Clark, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841 and 851.

### Forfeiture Allegation

3. Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Indictment.

4. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

                                              THIS IS A TRUE BILL
                                              s/GRAND JURY FOREPERSON
                                              GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/* ANTHONY P. VANCE
ANTHONY P. VANCE
Chief, Branch Offices

*s/ BLAINE LONGSWORTH*
BLAINE LONGSWORTH
Assistant United States Attorney

Dated: June 21, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover S[heet] | Case: 4:23-cr-20359<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 06-21-2023<br>SEALED MATTER (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in [...]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: BL |

**Case Title:** USA v. Allan W. Clark

**County where offense occurred:** Genesee

**Offense Type:** Felony

Indictment -- **no** prior complaint

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

**Defendant Name**          **Charges**          **Prior Complaint (if applicable)**

---

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

June 21, 2023
Date

**s/BLAINE LONGSWORTH**

Blaine Longsworth
Assistant United States Attorney
600 Church Street
Flint, MI 48502
blaine.longsworth@usdoj.gov
(810) 766-5177
Bar #: P55984

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.