

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Allan W. Clark,

    Defendant.

Case: 4:23-cr-20359
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 06-21-2023
SEALED MATTER (tt)



FILED
JUN 21 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order sealing the indictment and arrest warrant in this case and states:

1. The indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

   *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the Indictment and arrest warrant be sealed because it is concerned that the defendant may attempt to flee, destroy

evidence, or intimidate witnesses if the Indictment and arrest warrant becomes a matter of public record before the defendant is arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment and arrest warrant.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/Blaine Longsworth
BLAINE LONGSWORTH
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI 48502
Blain.longsworth@usdoj.gov
(810) 766-5177

Dated: June 21, 2023

IT IS SO ORDERED

PATRICIA T. MORRIS
United States Magistrate Court

Entered: JUN 2 1 2023