UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Criminal No. 23-cr-20359 |
| Plaintiff, | Honorable Shalina D. Kumar<br>United States District Judge |
| v. | |
| Alan W. Clark, | Honorable Curtis Ivy, Jr.<br>United States Magistrate Judge |
| Defendant. | |

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrant in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

        s/BLAINE LONGSWORTH
        Assistant United States Attorney
        600 Church Street, Suite 200
        Flint, MI  48502
        blaine.longsworth@usdoj.gov
        (810) 766-5177
        P55984

Dated: June 26, 2023

**IT IS SO ORDERED.**

        s/ Patricia T. Morris
        PATRICIA T. MORRIS
        United States Magistrate Judge

Entered: June 26, 2023