UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALAN W. CLARK,

        Defendant.

CASE NO: 23-cr-20359

HON. SHALINA D. KUMAR
United States District Judge

---

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, Alan W. Clark, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the indictment in this cause prior to pleading thereto, and I have read the same and understand its contents. I waive it being read aloud in open Court.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

    Count 1:    Imprisonment for a maximum of 20 years, to be followed by a term of supervised release of at least 3 years and/or a fine of not more than $1,000,000.*, **

*If defendant committed the charged offense after a prior conviction for a felony drug offense has become final, the defendant shall be sentenced to a term of imprisonment of not more than 30 years.

**If defendant committed the charged offense after a prior conviction for a felony drug offense has become final, the court shall impose a term of supervised release of at least 6 years in addition to such term of imprisonment.

Dated: 6-26-23                    *[signature]*
                                          ALAN W. CLARK
                                          Defendant

## **ACKNOWLEDGMENT OF DEFENSE COUNSEL**

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 6-26-23                    *[signature]*
                                          Attorney for Defendant