AO 442 (Rev. 11/11) Arrest Warrant

Officer: AUSA: Longsworth  Telephone: (810) 766-5177
Sean Thomas  Telephone: (857) 283-3423

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
v.
ALLAN W. CLARK

Case: 4:23-cr-20359

*FILED JUN 28 2023 U.S. DISTRICT COURT BAY CITY, MICHIGAN*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALLAN W. CLARK,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**Possession of Cocaine with Intent to Distribute in violation of 21 U.S.C. § 841(a)**

Date: June 21, 2023

City and state: Flint, MI

*Issuing officer's signature*
Tracy Thompson, DEPUTY CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 06/26/23, and the person was arrested on *(date)* 06/26/23
at *(city and state)* FLINT, MI.

Date: 6-26-23

*Arresting officer's signature*
TFO Stacey Moore
*Printed name and title*

*Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA*