MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America

                    Plaintiff(s),

v.

Allen W. Clark

                    Defendant(s).

_____/

Case No. 23-20359

Judge  Shalina D. Kumar

Magistrate Judge  Curtis Ivy, Jr.

**NOTICE OF CORRECTION**

Docket entry number ___9___, filed _____06/26/23_____, has been modified. The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☑ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☑ Other:  The correct image has been uploaded (substituted) to docket entry no. 9.

If you need further clarification or assistance, please contact _____the Clerk's Office_____ at _(313) 234-5000_.

KINIKIA D. ESSIX, CLERK OF COURT

Dated:  July 5, 2023

s/D.Peruski
Deputy Clerk